E-FILED
Monday, 27 July, 2026  11:51:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| PAUL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 26-1077 |
| | ) | |
| JOHN W. MITCHELL, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**MERIT REVIEW ORDER**

Plaintiff, proceeding pro se and presently incarcerated at Centralia Correctional Center, was granted leave to proceed *in forma pauperis*. The case is now before the Court for a merit review of Plaintiff's claims. The Court must "screen" Plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. 28 U.S.C. § 1915A. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.*

The Court accepts the factual allegations as true, liberally construing them in the plaintiff's favor. *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013). Conclusory statements and labels are insufficient—the facts alleged must "state a claim for relief that is plausible on its face." *Alexander v. U.S.*, 721 F.3d 418, 422 (7th Cir. 2013) (citation omitted).

Plaintiff alleges that Defendant Mitchell referred him to Defendant Scheive during his incarceration at Pontiac Correctional Center in 2016 for removal of a nasopalatine cyst in the right anterior maxillary portion of his mouth. Plaintiff alleges that Defendant Scheive removed the cyst and performed a bone graft in April 2016, sent the sample for a biopsy, and told Plaintiff

he had nothing to worry about after reviewing the pathology report. Plaintiff alleges that the pathology report indicated ameloblastoma.

Plaintiff alleges that he had a second cyst removed from the right posterior maxillary area in his mouth in 2024 while incarcerated at Centralia Correctional Center. He alleges the pathology report indicated ameloblastoma and later required doctors to remove a portion of his jaw. Plaintiff alleges that a doctor told him in 2024 that had Defendants "done what they were supposed to do in 2016," Plaintiff would have had a smaller section of his jaw removed. Plaintiff alleges that ameloblastoma is a rare, slow-growing form of cancer. He alleges his condition was "so rare that [it] developed on his…upper jaw," instead of the lower jaw where it is typically found.

"Section 1983 suits in Illinois have a two-year statute of limitations, which is tolled while the prisoner exhausts the administrative grievance process." *Turley v. Rednour*, 729 F.3d 645, 651 (7th Cir. 2014); *Liberty v. City of Chicago*, 860 F.3d 1017, 1019 (7th Cir. 2017). The alleged constitutional deprivations Plaintiff alleges occurred nearly 10 years before he filed this lawsuit, well beyond any reasonable timeframe it would have taken him to exhaust his administrative remedies. At the latest, any claim Plaintiff alleges would have occurred when Plaintiff was transferred to a different prison. Plaintiff does not allege when he was transferred.

Plaintiff's claims appear to be barred by the statute of limitations. Plaintiff's complaint is dismissed with leave to amend as directed below to permit Plaintiff the opportunity to clarify his allegations and provide any additional information he desires the Court to consider.

### Plaintiff's Motion for Status (Doc. 7)

Plaintiff's motion is granted. This Order addresses all pending issues.

**IT IS THEREFORE ORDERED:**

1) **Plaintiff's complaint is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A. Plaintiff shall have 30 days from the entry of this order to file an amended complaint. Failure to file an amended complaint will result in the dismissal of this case, with prejudice, for failure to state a claim. Plaintiff's amended complaint will replace Plaintiff's original complaint in its entirety. The amended complaint must contain all allegations against all Defendants. Piecemeal amendments are not accepted.**

2) **Clerk is directed to send Plaintiff a blank complaint form.**

3) **Plaintiff's Motion [7] is GRANTED.**

Entered this 27th day of July, 2026.

_s/Sara Darrow_

SARA DARROW
UNITED STATES DISTRICT JUDGE

.